FILED
CLERK, U.S. DISTRICT COURT
MAY 20 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )   Case No.: 14-967M
           Plaintiff, )
    vs. )   ORDER OF DETENTION AFTER HEARING
)   [Fed.R.Crim.P. 32.1(a)(6);
Misquadase )   18 U.S.C. 3143(a)]
           Defendant. )

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Dist of South Dakota_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  [✓] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _Court found probable cause to show df absconded on 5/19/14._

1   _See also PSR report_

and/or

B.  ( )  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _____

_____

_____

_____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 5/20/14

_____
UNITES STATES MAGISTRATE JUDGE